STATE OF CONNECTICUT *v.* FREDERICK PUESCHEL

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Herbert Watstein,* in support of the petition.

*Robert P. Sneideman,* in opposition.

Submitted March 1—decided March 8, 1973

WALTER MORGAN *v.* COMMISSIONER OF WELFARE

The plaintiff's application that Charles D. Calvin, a member of the bar of the state of Colorado, be permitted to participate in the presentation, on brief and in oral argument before this court in the appeal from the Superior Court in Hartford County is granted subject to the supervision and responsibility of Attorney Francis X. Dineen, as provided by Practice Book § 15A.

*Francis X. Dineen,* in support of the motion.

Submitted March 5—decided March 8, 1973

TOWN OF SOUTHINGTON ET AL. *v.* JOHN D'ANGELO

The defendant's "Motion to Hear Motion for Reconsideration" in the appeal from the Court of Common Pleas in Hartford County is denied.

The defendant's motion for reconsideration of the ruling of dismissal of January 2, 1973, by this court and for the setting aside of the judgment of dismissal of April 17, 1970, by the Court of Common Pleas in Hartford County is denied.